■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH COFFEY.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANIBAL COLON.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

## (April 27, 1961)

■ CORINNE C. WATERMAN v. HENRY KAUFMAN et al. CORINNE C. WATERMAN v. DORIS BYRNE et al.— Motion for leave to reargue dismissed. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of FREDERICK A. COLLINS, JR., et al., Individually and as Executors of FREDERICK A. COLLINS, Deceased, v. LUCIA B. COLLINS.— Motion for leave to appeal to the Court of Appeals denied. Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT JACOVINO.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court entered herein. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, v. JOHN SEYMORE. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY JOHNSON. (C) THE PEOPLE OF THE STATE OF NEW YORK v. EUCEPHUS FLOYD YOUNG, SR., and EUCEPHUS FLOYD YOUNG, JR. (D) THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE SCOTT. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. (E) THE PEOPLE OF THE STATE OF NEW YORK v. GRANVILLE BOODIE. (F) THE PEOPLE OF THE STATE OF NEW YORK v. SANDY BROWN. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ. [In each action] — Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court entered herein.

■ CHARLES H. TENNEY, as Corporation Counsel of the City of New York, v. LIBERTY NEWS DISTRIBUTORS, INC., et al.— Motion for an order requiring the attorney for the plaintiff and the plaintiff to accept service of a notice of appeal denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.

■ RINGLING BROS.-BARNUM & BAILEY COMBINED SHOWS, INC. v. ACME CIRCUS OPERATING COMPANY, INC., Doing Business as CLYDE BEATTY-COLE BROS. CIRCUS, et al.— Motion for a stay dismissed, the appeal having become moot by the resettlement of the order appealed from and the taking of a new appeal from the resettled order. Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.

■ SILVIO POLITI v. IRVMAR REALTY CORP.— Motion for an order modifying the order of reversal entered on March 16, 1961, denied, with $10 costs. Concur — Breitel, J. P., Rabin, Stevens, Eager and Steuer, JJ.